petitioner stricken from the files on account of impertinent and improper matter. *Mr. George S. Wright* for petitioner. *Mr. J. F. Bullitt* for respondent.

———

No. 520. JOHN A. KUYKENDALL, ADMINISTRATOR, ETC., PETITIONER, *v.* THE UNION PACIFIC RAILROAD COMPANY. November 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. D. W. Wood* for petitioner. *Mr. Robert S. Lovett* for respondent.

———

No. 643. THE UNITED STATES, PETITIONER, *v.* AUTHEL H. FREEMAN ET AL. November 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Charles A. Moore* for respondents.

———

No. 644. THOMAS S. NOWELL ET AL., PETITIONERS, *v.* J. C. MCBRIDE, AS RECEIVER, ETC., ET AL. November 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George M. Nowell* for petitioners. *Mr. E. S. Pillsbury* for respondents.

———

No. 646. JACOB KERRCH ET AL., PETITIONERS, *v.* THE UNITED STATES. November 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. James E. Cotter* and *Mr. Conrad Reno* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for respondent.